UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | **ORDER** |
| Plaintiff | Case No: 21-cr-00153-ECT-KMM-1 |
| v. | |
| GREGORY RONALD ANDERSON, | |
| Defendant | |

Through counsel, Gregory Anderson moves the Court for a modification of his release conditions to remove the travel restriction previously ordered and to return his passport. The motion is unopposed.

Based on the motion and the file and record in these proceedings, IT IS ORDERED that: the motion is granted.

Dated: September 30, 2021          *s/David T. Schultz*
                                   Hon. David T. Schultz
                                   United States Magistrate Judge